UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIUHUA ZHENG,<br><br>                         Plaintiff(s),<br><br>          v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>                         Defendant(s). | 24-CV-00609(DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      WHEREAS on January 29, 2024, Plaintiff filed a complaint for an action of mandamus, ECF No. 3, and on February 15, 2024, counsel for Defendants appeared, ECF No. 8,

      IT IS HEREBY ORDERED that by **March 4, 2024**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. The Government shall, by **March 25, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. Plaintiff shall, by **April 8, 2024**, file any reply memorandum that shall not exceed <u>eight</u> pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

      SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                                                    DALE E. HO
                                                      United States District Judge