UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIHUA ZHENG,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, *et al.*,

    Defendants.

No. 24 Civ. 609 (DEH)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, plaintiff Xihua Zheng filed this action on January 29, 2024, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an application for an immigration benefit; and

WHEREAS, USCIS has approved the application at issue; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      February  16 , 2024

SAMOKHLEP, SAMOKHLEB
& BITTERMAN LAW GROUP, P.C.

By: /s/ *Yevgeny Samokhleb*
YEVGENY SAMOKHLEB, ESQ.
299 Broadway
Suite 1005
New York, New York 10007
Telephone: (718) 314-4246
E-mail: yevgeny@btmlawgroup.com
*Attorney for Plaintiff*

Dated: Miami, Florida
      February 16, 2024

DAMIAN WILLIAMS
United States Attorney

By: s/*Monica Beamer*
MONICA BEAMER
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: Monica.Beamer@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE
New York, New York
Dated: February 16, 2024